# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 1: 18 U.S.C. § 2252A(a)(3)(B) -- Solicitation of Child Pornography
COUNT 2: 18 U.S.C. § 371 & 2261A(2)(B) -- Conspiracy to Commit Cyberstalking

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT 1: Min. 5 years prison, max. 20 years prison, $250,000 fine, min. 5 years sup. release, max. lifetime sup. release, restitution, forfeiture, up to $40,100 in special assessments
COUNT 2: 5 years prison, $250,000 fine, 3 years of sup. release, restitution, $100 mandatory special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ Delaney Tang

**DISTRICT COURT NUMBER**
4:21-cr-00057-HSG

FILED
Feb 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 4:20-mj-71569

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAUSA Christopher Vieira

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 2: 18 U.S.C. § 371 & 2261A(2)(B) -- Conspiracy to Commit Cyberstalking

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: COUNT 2: 5 years prison, $250,000 fine, 3 years of sup. release, restitution, $100 mandatory special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ Vincenz Sison

**DISTRICT COURT NUMBER**
4:21-cr-00057-HSG

**FILED**
Feb 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4:20-mj-71569

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): SAUSA Christopher Vieira

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3
4

FILED
Feb 10 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:21-cr-00057-HSG |
|---|---|---|
| Plaintiff, | ) ) | VIOLATIONS: |
| v. | ) ) | 18 U.S.C. § 2252A(a)(3)(B) – Solicitation of Child Pornography |
| DELANEY TANG and VINCENZ SISON, | ) ) | 18 U.S.C. §§ 371 & 2261A(2)(B) – Conspiracy to Commit Cyberstalking |
| Defendants. | ) ) | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
|  | ) | OAKLAND VENUE |

I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:          (18 U.S.C. § 2252A(a)(3)(B) – Solicitation of Child Pornography)

On or about September 1, 2019, in the Northern District of California, the defendant,

DELANEY TANG,

did knowingly solicit using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, any material that contains a visual depiction of an actual minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(3)(B).

COUNT TWO:          (18 U.S.C. §§ 371 & 2261A(2)(B) – Conspiracy to Commit Cyberstalking)

From on or about August 11, 2019 and continuing until on or about September 7, 2019, in the Northern District of California, the defendants,

INFORMATION                                1

DELANEY TANG and VINCENZ SISON, knowingly and willfully conspired and agreed together and with each other to commit any offense against the United States, that is: cyberstalking in violation of Title 18, United States Code, Section 2261A(2)(B), as further set out below.

### Manner and Means of the Conspiracy

As part of the conspiracy, the defendants, with the intent to harass and intimidate, used an interactive computer service, electronic communication service, and/or electronic communication system of interstate commerce, specifically Instagram, to engage in a course of conduct that caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to Minor Victim 6 ("MV-6").  Specifically, DELANEY TANG harassed and intimidated MV-6 to send him sexually-explicit photos and videos of herself.  When MV-6 blocked TANG's Instagram account, VINCENZ SISON contacted MV-6 and threatened that her sexually-explicit photos and videos would be exposed if she did not unblock TANG's Instagram account.

### Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Northern District of California:

On or about August 11, 2019, VINCENZ SISON sent MV-6 messages over Instagram directing MV-6 to unblock TANG's Instagram account and threatening to release MV-6's sexually explicit photos and videos.

On or about September 1, 2019, DELANEY TANG sent MV-6 multiple messages over Instagram, telling MV-6 that she needed to send him a new sexually explicit video or he would release MV-6's prior sexually explicit videos and photos.

All in violation of Title 18, United States Code, Section 371.

FORFEITURE ALLEGATION:      (18 U.S.C. § 2253(a))

The allegations contained in Count One of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Information, the defendant,

DELANEY TANG,

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: February 10, 2021_____        DAVID L. ANDERSON
                                                   United States Attorney

                                                   /s/ *Christopher Vieira*
                                                   CHRISTOPHER VIEIRA
                                                   Special Assistant United States Attorney